Gertie Deveau, as Administratrix of the Goods, Chattels and Credits of John M. Deveau, Deceased, Appellant, v. Cornell Steamboat Company, Respondent.— Order reversed upon the law and the facts, with costs, verdict reinstated, and judgment directed to be entered thereon, with costs. Plaintiff established defendant's negligence by positive and direct evidence and by facts and circum-

stances from which such negligence could be inferred. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.